CHARLES LOVERDE, Plaintiff, JAMES H. BURNS and GERTRUDE I. BURNS, Respondents, v. MORRIS GORNBEIN, Doing Business under the Firm Name and Style of NIAGARA FRUIT AND VEGETABLE COMPANY, and FRANK LASCALA, Appellants.— Judgment so far as appealed from and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ALBERT GAGLIARDI, an Infant, by JOHN GAGLIARDI, His Guardian ad Litem. Appellant, v. TIDE WATER OIL COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment awards damages for personal injuries sustained by falling into an oil pit in a parking station. Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN GAGLIARDI, Appellant, v. TIDE WATER OIL COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment awards damages for loss of services of son injured as stated in companion case above.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

GEORGIANA HAASES, Respondent, v. DAVID WOLPERT, Appellant.— Judgment affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts on the ground that the verdict is excessive. (The judgment awards damages for personal injuries in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

SQUAW ISLAND FREIGHT TERMINAL COMPANY, INCORPORATED, Appellant, v. CITY OF BUFFALO, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 246 App. Div. 472.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HERBERT J. STULL, Respondent, v. LILLIAN L. THEN, Appellant.— Motion for a reargument denied, motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See ante, p. 85.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EDWARD S. BRAYER, Respondent, v. ALBERT F. WELLER, Appellant, and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.